*E-Filed 3/26/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY CHARLES WREN, | No. C 09-3261 RS (PR) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| ROBERT BARNES, et al., | |
| Defendants. | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to file an amended complaint by January 17, 2010 or face dismissal of the action. Plaintiff still has not filed an amended complaint. Accordingly, the complaint, and thereby the action, is DISMISSED without prejudice.

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

DATED: March 26, 2010

RICHARD SEEBORG
United States District Judge

No. C 09-3261 RS (PR)
ORDER OF DISMISSAL